# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

145004

BRIAN IBRAHIM,
          Plaintiff-Appellant,

v

CITY OF DETROIT and DETROIT
POLICE OFFICER JOHN DOE,
          Defendants-Appellees,

and

IVAN LAZAR,
          Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145004
COA: 301617
Wayne CC: 08-016613-NI

On order of the Court, the application for leave to appeal the March 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

s0716